Sanford N. Nathan (SBN 47016)
Sara B. Tosdal (SBN 280322)
Emerald S. Law (SBN 299271)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169/Fax: (510) 272-0174
sandy.nathan@outlook.com
stosdal@leonardcarder.com
elaw@leonardcarder.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *a California corporation*; IBEW LOCAL 595 PENSION TRUST FUND; IBEW LOCAL 595 PENSION TRUST FUND BOARD OF TRUSTEES; *and* ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION BOARD OF DIRECTORS, <br><br> Plaintiffs, <br> v. <br><br> PRESIDIO SYSTEMS, INC. <br><br> Defendant. | Case No. 3:18-cv-02471-EDL <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

//

1

1        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alameda County

2    Electrical Industry Service Corporation, a California corporation; IBEW Local 595 Pension Trust

3    Fund on behalf of the IBEW Local 595 Pension Plan and the IBEW Local 595 Money Purchase

4    Pension Plan (collectively referred to as the "Pension Plans"); IBEW Local 595 Pension Trust

5    Fund Board of Trustees; and the Alameda County Electrical Industry Service Corporation Board

6    of Directors (collectively, "Plaintiffs") hereby file this notice voluntarily dismissing with

7    prejudice the above-captioned action in its entirety, in accordance with a settlement in this case.

8    Plaintiffs may dismiss this action without a Court order because Defendant Presidio Systems,

9    Inc. has not filed an answer or a motion for summary judgment in this case. Fed. R. Civ. P.

10    41(a)(1)(A)(i).

11    Dated:  June 27, 2018                      Respectfully submitted,

12                                     LEONARD CARDER LLP

13

14                      By:    /s/ Sara B. Tosdal

16                              Sanford N. Nathan

                                     Sara B. Tosdal

17                              Emerald S. Law

                                     *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

1

**PROOF OF SERVICE**

2

3

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years old and not a party to the within action; my business address is 1188 Franklin Street, Suite 201, San Francisco, CA, 94109.

4

5

6

I hereby certify that I electronically filed the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court for the United States Northern District of California by using the CM/ECF system on **June 27, 2018**.

7

8

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

9

10

Dated: June 27, 2018                                        LEONARD CARDER, LLP

11

                                      By:     /s/ Sara B. Tosdal
                                             Sara B. Tosdal

12

13

14

16

17

18

19

20

21

22

23

24

25

26

27

28

3